UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MARIE SMITH** | ) Case No: 2:10-cv-14584-LPZ-VMM |
| **Plaintiff** | ) |
| vs. | ) |
| **STILLMAN LAW OFFICES** | ) |
| **Defendant** | ) |

## STIPULATION OF DISMISSAL

AND NOW, this 17th day of February, 2011, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
　　Brent F. Vullings, Esquire
　　Attorney for Plaintiff

Stillman Law Office

BY: /s/ *Mimi D. Kalish*
　　Mimi D. Kalish, Esquire
　　Attorney for Defendant