# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARIE SMITH,

                                                  CASE NO. 10-14584

    Plaintiff,                       HON. LAWRENCE P. ZATKOFF

v.

STILLMAN LAW OFFICE,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Court's order for Plaintiff to show cause as to why she did not respond to Defendant's motion to dismiss [dkt 9]. In lieu of submitting a response to the Court's show-cause order, the parties submitted a stipulation to dismiss the case with prejudice.

Accordingly, IT IS HEREBY ORDERED that the Court's order to show cause [dkt 9] is WITHDRAWN.

IT IS FURTHER ORDERED that, pursuant to the parties' stipulation, this case is dismissed with prejudice.

IT IS SO ORDERED.

                                                  S/Lawrence P. Zatkoff
                                                  LAWRENCE P. ZATKOFF
                                                  UNITED STATES DISTRICT JUDGE

Dated: February 23, 2011

CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 23, 2011.

                                                S/Marie E. Verlinde
                                               Case Manager
                                               (810) 984-3290